IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–42–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY ANDREW BURNS, | |
| Defendant. | |

Defendant Jeffery Andrew Burns has filed a Motion in Limine (Doc. 40) seeking to exclude (1) hearsay statements of alleged co-conspirators, (2) references to Jeffery Andrew Burns and his co-defendant as "defendant" or "defendants" in the presence of the jury, and (3) references to prior bad acts or propensity evidence. Evidentiary issues are not easily evaluated in the abstract. Accordingly,

IT IS ORDERED that Burns's Motion in Limine (Doc. 40) is DENIED as follows:

(1) With respect to hearsay statements of alleged co-conspirators, the Motion is DENIED subject to renewal at trial with the appropriate objection;

(2) With respect to references to Burns and his co-defendant as "defendant" or "defendants" in the presence of the jury, the Motion is

DENIED;

(3) With respect to references to prior bad acts or propensity evidence, the Motion is DENIED subject to renewal at trial with the appropriate objection.

DATED this 3rd day of January, 2019.

Donald W. Molloy, District Judge
United States District Court