IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 18–42–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY ANDREW BURNS and CYARA JOAVANY WHITLOCK, | |
| Defendants. | |

The Court having conducted an in camera review of Alex Bradford's pre-sentence report for *Brady* and *Giglio* material,

IT IS ORDERED that on or before February 4, 2019, at 5:00 p.m., the United States shall disclose to the Defendants, in a reasonable manner, the information contained in paragraphs 1 through 18 and 67 of Alex Bradford's pre-sentence report.

DATED this 1st day of February, 2019.

Donald W. Molloy, District Judge
United States District Court