IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–42–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY ANDREW BURNS and CYARA JOAVANY WHITLOCK, | |
| Defendants. | |

The United States having moved unopposed to dismiss the Indictment with prejudice pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS ORDERED that the motion (Doc. 71) is GRANTED. The Indictment in the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 10th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court